IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JENNIFER TAYLOR, BRENDA A. ARTTUS,
QUIN A. ECHARD, CHRISTOPHER D. TRIDEL, and
DAVID K. OLSON, on behalf of themselves and
a class of employees and/or former employees similarly
situated,

                              Plaintiffs,

   v.

COPPER FAMILY COMMUNITY CARE, INC.
(F/K/A COPPER FAMILY TREATMENT SERVICES,
INC.), QUALITY LIFE INVESTMENTS, LLC, and
BRIAN A. COPPER, D/B/A/ QUALITY LIFE SERVICES,

                              Defendants.

ORDER CONDITIONALLY
CERTIFYING FLSA CLASS

12-cv-86-slc

---

The court accepts the parties' stipulation for conditional class certification and tolling agreement (dkt. 43) filed on November 6, 2012. As a result, the court hereby conditionally certifies this FLSA class in this lawsuit:

> All current and former employees of Defendants who provide, or have provided, personal care services to Residents (commonly known as Resident Managers) on behalf of and/or for the benefit of Defendants without proper compensation since February 21, 2009.

Additionally, the court accepts and enters the parties' tolling agreement on the statute of limitations as set forth in Paragraph 3 of their stipulation.

Finally, the court acknowledges the parties' report of their decision to pursue alternative dispute resolution and wishes them success in this endeavor, with the understanding that all dates on the September 14, 2012 amended schedule (dkt. 42) remain in place.

Entered this 7th day of November, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge