IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JENNIFER TAYLOR, BRENDA A. ARTTUS,
QUIN A. ECHARD, CHRISTOPHER D. TRIDEL, and
DAVID K. OLSON, on behalf of themselves and a class of       ORDER
employees and/or former employees similarly situated,

                                                               12-cv-86-slc

                Plaintiffs,
  v.

COPPER FAMILY COMMUNITY CARE, INC.
(f/k/a COPPER FAMILY TREATMENT SERVICES, INC.),
QUALITY LIFE INVESTMENTS, LLC, and
BRIAN A. COPPER, d/b/a QUALITY LIFE SERVICES,

                Defendants.

---

On February 26, 2013, the court granted the parties' joint motion for preliminary approval of their settlement agreement in this class action, *see* dkt. 49, and set a fairness hearing for June 10, 2013, pursuant to F.R. Civ. Pro. 23(e)(2), *see* dkt. 50. The parties mailed settlement notices to all class members starting on March 6, 2013 and finishing by April 26, 2013. On May 5, 2013, the parties filed a joint motion for final approval of their settlement in this class action, along with a brief and supporting documents. *See* dkts. 51-53. On June 10, 2013, the court held the fairness hearing; both sides were present by counsel, but no class members attended. Having considered the parties' report of their settlement activities, the actual settlement agreement and its effect on each class member, I find that the terms of the settlement agreement are fair, reasonable and adequate as to all class members.

Therefore, it is ORDERED that:

(1) The parties' settlement agreement is fully and finally APPROVED;

(2) The parties forthwith shall execute the terms of their settlement agreement, including payment to each settling class member of the amount due pursuant to the allocation formulas set forth in Sections F and G of the settlement agreement; and,

(3) This case is DISMISSED WITH PREJUDICE, and all class representatives and class members–except for the lone opt-out plaintiff–are barred from pursuing any claims that were released against the defendants as set forth in Section I of the settlement agreement.

Entered this 10th day of June, 2013.

                                                BY THE COURT:

                                                /s/

                                                STEPHEN L. CROCKER
                                                Magistrate Judge